AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| AMANDA ERMON | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| ZELLER REALTY GROUP AND | ) |
| IMAGE FICTION, INC. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  15-cv-10719

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IMAGE FICTION, INC.
221 N. LASALLE BLVD SUITE 1510
CHICAGO, IL 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  THOMAS G. BRUTON

Date:  NOV 3 0 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15-cv-10719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Corporation*  Image Fiction, Inc

was received by me on *(date)* 11/30/15 .

☒ I personally served the summons on the individual at *(place)* *Corporation* 221 N. LaSalle, Suite 1570
Chicago, IL 60601 on *(date)* 11/30/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 10 for travel and $ 200 for services, for a total of $ 21 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/30/2015

_____
*Server's signature*

ERIC  ONYANGO  ATTORNEY
*Printed name and title*
222 N. Columbus Dr #1507
Chicago, IL 60601
_____
*Server's address*

Additional information regarding attempted service, etc:

I left a copy of the summons and complaint
with Kik Naughton, who identified herself
as an employee authorized to accept
service of process.

