AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| AMANDA ERMON <br><br> *Plaintiff(s)* <br> v. <br> ZELLER REALTY GROUP AND IMAGE FICTION, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-cv-10719 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ZELLER REALTY GROUP
410 NORTH MICHIGAN AVE, SUITE 1300
CHICAGO, IL 60611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **THOMAS G. BRUTON**

Date: NOV 3 0 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-10719

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zeller Realty Group
was received by me on *(date)* 11/30/15.

☒ I personally served the summons on the ~~individual~~ corporation at *(place)* 410 N. Michigan Ave, Suite 1300, Chicago, IL 60611 on *(date)* 11/30/15; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 10 for travel and $ 200 for services, for a total of $ 210.00.

I declare under penalty of perjury that this information is true.

Date: 11/30/15

*Server's signature*

ERIC ONYANGO, ATTORNEY
*Printed name and title*

222 N. Columbus Dr #1507
Chicago, IL 60601
*Server's address*

Additional information regarding attempted service, etc:

I left summons with Kriste Owens, a white female, who identified herself as an employee who is authorized to accept service of process.

